```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 15666
   SYLVIA D HOLLISTER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-1006

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/18/2008 and was confirmed 08/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was converted to chapter 7 after confirmation 03/09/2009.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   PRIORITY      NOT FILED              .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        7950.42              .00           .00
SCHOTTLER & ASSOCIATES     PRIORITY      NOT FILED              .00           .00
500 FAST CASH              UNSECURED     NOT FILED              .00           .00
BLACK EXPRESSIONS          NOTICE ONLY   NOT FILED              .00           .00
AMERICAN EAGLE BANK        UNSECURED     NOT FILED              .00           .00
AMERICASH LOANS LLC        UNSECURED     NOT FILED              .00           .00
ANTHONY R GAMBLA           UNSECURED     NOT FILED              .00           .00
ROUNDUP FUNDING LLC        UNSECURED        1083.86             .00           .00
ARROWHEAD INVESTMENTS      UNSECURED     NOT FILED              .00           .00
CARSONS                    NOTICE ONLY   NOT FILED              .00           .00
ROUNDUP FUNDING LLC        UNSECURED         516.06             .00           .00
BEDFORD FAIR               UNSECURED     NOT FILED              .00           .00
BERKELEY HEARTLAB INC      UNSECURED     NOT FILED              .00           .00
BLACK EXPRESSIONS          UNSECURED     NOT FILED              .00           .00
ROUNDUP FUNDING LLC        UNSECURED         206.69             .00           .00
MASON DIRECT               NOTICE ONLY   NOT FILED              .00           .00
CAREMARK                   UNSECURED     NOT FILED              .00           .00
CASH ADVANCE MAIL          NOTICE ONLY   NOT FILED              .00           .00
DISCOVER                   NOTICE ONLY   NOT FILED              .00           .00
DISH NETWORK               UNSECURED     NOT FILED              .00           .00
CENTURY EAR NOSE & THROA   UNSECURED     NOT FILED              .00           .00
ECAST SETTLEMENT CORP      UNSECURED     NOT FILED              .00           .00
ECAST SETTLEMENT CORP      UNSECURED     NOT FILED              .00           .00
ROUNDUP FUNDING LLC        UNSECURED        7615.38             .00           .00
CHECK N GO                 UNSECURED     NOT FILED              .00           .00
CHICAGO AREA OFFICE FED    UNSECURED     NOT FILED              .00           .00
CHICAGO AREA OFFICE FED    UNSECURED        7368.46             .00           .00
CINGULAR                   UNSECURED     NOT FILED              .00           .00
COMCAST                    UNSECURED     NOT FILED              .00           .00
PORTFOLIO RECOVERY         UNSECURED         465.74             .00           .00
COMCAST                    NOTICE ONLY   NOT FILED              .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 15666 SYLVIA D HOLLISTER
```

```
DEVON FINANCIAL SERVICE   UNSECURED        867.00              .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED      10941.43              .00           .00
DISH NETWORK              UNSECURED     NOT FILED              .00           .00
HERLANDEUS WILLIAMS MD    UNSECURED     NOT FILED              .00           .00
EARL JAMES                NOTICE ONLY   NOT FILED              .00           .00
ECAST SETTLEMENT CORP     UNSECURED     NOT FILED              .00           .00
APPLIED CARD BANK         UNSECURED     NOT FILED              .00           .00
CREDIT ONE BANK           NOTICE ONLY   NOT FILED              .00           .00
ESSEX CAPITAL GRP         UNSECURED     NOT FILED              .00           .00
FAST MONEY 911            UNSECURED     NOT FILED              .00           .00
FINGERHUT DIRECT MARKETI  UNSECURED        915.61              .00           .00
FIRST CITIZENS BANK       UNSECURED     NOT FILED              .00           .00
PREMIER BANCARD CHARTER   UNSECURED        521.57              .00           .00
CINGULAR                  NOTICE ONLY   NOT FILED              .00           .00
DISH NETWORK              NOTICE ONLY   NOT FILED              .00           .00
ROUNDUP FUNDING LLC       UNSECURED       2478.87              .00           .00
HEALTH CARE CENTERS       UNSECURED     NOT FILED              .00           .00
HSBC/CARSONS              UNSECURED     NOT FILED              .00           .00
HEART CARE CENTER OF ILL  NOTICE ONLY   NOT FILED              .00           .00
ILLINOIS TITLE LOAN       UNSECURED     NOT FILED              .00           .00
ILLINOIS TOLLWAY AUTHORI  UNSECURED     NOT FILED              .00           .00
IMPACT CASH               UNSECURED     NOT FILED              .00           .00
INTERNAL REVENUE SERVICE  UNSECURED       1801.01              .00           .00
FINGERHUT                 NOTICE ONLY   NOT FILED              .00           .00
JC PENNY                  UNSECURED     NOT FILED              .00           .00
CHARLES A CONNER JR       UNSECURED     NOT FILED              .00           .00
LEROY DAVENPORT           UNSECURED     NOT FILED              .00           .00
LITTLE COMP OF MARY HOSP  UNSECURED     NOT FILED              .00           .00
LITTLE COMP OF MARY HOSP  UNSECURED     NOT FILED              .00           .00
LITTLE COMP OF MARY HOSP  UNSECURED     NOT FILED              .00           .00
LITTLE COMP OF MARY HOSP  UNSECURED     NOT FILED              .00           .00
LITTLE COMP OF MARY HOSP  UNSECURED     NOT FILED              .00           .00
LITTLE COMP OF MARY HOSP  UNSECURED     NOT FILED              .00           .00
LITTLE COMP OF MARY HOSP  UNSECURED     NOT FILED              .00           .00
LITTLE CO OF MARY HOSPIT  NOTICE ONLY   NOT FILED              .00           .00
MASON DIRECT              UNSECURED     NOT FILED              .00           .00
MOTHER MCAULEY HIGH SCHO  UNSECURED     NOT FILED              .00           .00
MIDWEST IMAGING & DIAGNO  UNSECURED     NOT FILED              .00           .00
CHASE                     NOTICE ONLY   NOT FILED              .00           .00
WORLD FINANCIAL NETWORK   NOTICE ONLY   NOT FILED              .00           .00
SHELL                     NOTICE ONLY   NOT FILED              .00           .00
NEWPORT NEWS              UNSECURED     NOT FILED              .00           .00
NATIONAL LOAN SERVICE     UNSECURED     NOT FILED              .00           .00
SEARS                     NOTICE ONLY   NOT FILED              .00           .00
TARGET                    NOTICE ONLY   NOT FILED              .00           .00
LVN FUNDING LLC           NOTICE ONLY   NOT FILED              .00           .00
NORTHWEST CAPITAL         UNSECURED       1832.18              .00           .00
PAYCHECK TODAY            UNSECURED     NOT FILED              .00           .00
PEKAY & BLITSTEIN PC      NOTICE ONLY   NOT FILED              .00           .00

                 PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 15666 SYLVIA D HOLLISTER
```

```
LITTLE COMPANY OF MARY H  NOTICE ONLY    NOT FILED              .00          .00
ST FRANCIS HOSPITAL       NOTICE ONLY    NOT FILED              .00          .00
PHILIP & DENALI PARKER    UNSECURED      NOT FILED              .00          .00
POWER FUNDING INC         UNSECURED      NOT FILED              .00          .00
PUBLISHERS CLEARING HOUS  UNSECURED      NOT FILED              .00          .00
QUEST DIAGNOSTIC          UNSECURED      NOT FILED              .00          .00
RADIOLOGY IMAGING SPECIA  UNSECURED      NOT FILED              .00          .00
CHASE/TRI CAP INVESTMENT  NOTICE ONLY    NOT FILED              .00          .00
SALLIE MAE SERVICING      UNSECURED      NOT FILED              .00          .00
SEARS                     UNSECURED      NOT FILED              .00          .00
SHELL OIL                 UNSECURED      NOT FILED              .00          .00
AMERICAN EAGLE BANK       NOTICE ONLY    NOT FILED              .00          .00
AMERICASH LOANS           UNSECURED       1925.71               .00          .00
CARSON PIRIE SCOTT        NOTICE ONLY    NOT FILED              .00          .00
ST FRANCIS HOSPITAL       UNSECURED      NOT FILED              .00          .00
HARLEM FURNITURE          NOTICE ONLY    NOT FILED              .00          .00
TARGET NATIONAL BANK      UNSECURED      NOT FILED              .00          .00
TARGET NATIONAL BANK      NOTICE ONLY    NOT FILED              .00          .00
PAYDAY LOAN STORE OF IL   UNSECURED      NOT FILED              .00          .00
BERKELEY HEARTLAB INC     NOTICE ONLY    NOT FILED              .00          .00
LITTLE CO FO MARY         NOTICE ONLY    NOT FILED              .00          .00
CAREMARK                  NOTICE ONLY    NOT FILED              .00          .00
FIRST PREMIER BANK        NOTICE ONLY    NOT FILED              .00          .00
WFNNB/HARLEM FURNITURE    NOTICE ONLY    NOT FILED              .00          .00
GE MONEY BANK             NOTICE ONLY    NOT FILED              .00          .00
SIR FINANCE               UNSECURED       1190.00               .00          .00
SCHOTTLER & ASSOCIATES    DEBTOR ATTY     2,964.05                       2,344.88
TOM VAUGHN                TRUSTEE                                          195.12
DEBTOR REFUND             REFUND                                              .00
```

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS                DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  2,540.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                       2,344.88
TRUSTEE COMPENSATION                                   195.12
DEBTOR REFUND                                             .00
                         ---------------          ---------------
TOTALS                   2,540.00                    2,540.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```